# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Twin City Fire Ins. Co. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 10 C 7949 |
| McBreen & Kopko, LLP et al | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

X      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Twin City Fire Insurance Company is granted partial summary judgment on Counts I, II and III and on McBreen & Kopko LLP's counterclaim II. Twin City Fire Insurance Company's request for summary judgment as to Count IV is denied. Twin City Fire Insurance Company's motion to strike Counterclaim I is granted. McBreen & Kopko LLP's motion for summary judgment on all claims is denied. Twin City Fire Insurance Company is not bound to defend or indemnify McBreen & Kopko LLP, Hugh McBreen and Frederick Kopko in the case entitled *NHB Advisors, et al. v. Edward K. Kopko, et al.*, Case Number 10042870, currently pending in the Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida under the professional liability policy issued to McBreen & Kopko, bearing policy number 00 PF 0235299, effective from August 16, 2010 to August 16, 2011. Twin City Fire Insurance Company did not violate Section 155 of the Illinois Insurance Code.

Thomas G. Bruton, Clerk of Court

Date: 3/12/2012                  _____
                                                  /s/ Carmen Acevedo, Deputy Clerk